UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                        :
VALENCIA HOLLEY,                                        :
                                                        :   CASE NO. 1:14-CV-01397
          Plaintiff,                                    :
                                                        :
vs.                                                     :   OPINION & ORDER
                                                        :   [Resolving Doc. No. 1]
COMMISSIONER OF SOCIAL                                  :
SECURITY ADMINISTRATION,                                :
                                                        :
          Defendant.                                    :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On May 21, 2015, Magistrate Judge Kenneth S. McHargh recommended that the Court affirm the Commissioner of Social Security's denial of Plaintiff Valencia Holley's application for Supplemental Security Income and Disability Insurance Benefits ("DIB").[1]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[2] Parties must file any objections to a Report and Recommendation within fourteen days of service.[3] Failure to object within this time waives a party's right to appeal the district court's judgment.[4] Absent objection, a district court may adopt the magistrate judge's report without review.[5]

In this case, neither party has objected to the Magistrate Judge's recommendation. Moreover, having conducted its own review of the record and the parties' briefs in this case, the Court agrees with the conclusions of Magistrate Judge McHargh.

---

[1] Doc. 20.
[2] 28 U.S.C. § 636(b)(1)(C).
[3] *Id.*; Fed. R. Civ. P. 72(b)(2).
[4] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[5] *See Thomas*, 474 U.S. at 149.

-2-

Case No. 1:14-CV-01397
Gwin, J.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge McHargh's Report and Recommendation and incorporates it fully herein by reference, and **AFFIRMS** the decision of the Commissioner of Social Security.

IT IS SO ORDERED.


Dated: June 9, 2015                                    s/         *James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE